# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18MJ360-DSC |
|---|---|---|
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **SYDNEY SPEARS** | ) | |
| | ) | |

For Good Cause shown in the United States' Motion to Dismiss the Complaint, the Court hereby grants the dismissal of the Complaint in Docket No. 3:16MJ360 as to Sydney Spears.

**SO ORDERED**.

Signed: November 23, 2018

_____
David S. Cayer
United States Magistrate Judge